# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 13-cv-02525-RM-KLM

SMOKE IT UP BARBEQUE, LLC, a Colorado limited liability company,

    Plaintiff,

v.

KINGFISHER KOOKERS, INC., an Oklahoma corporation,
SHAWNEE IRON COMPANY, LLC, an Oklahoma limited liability company, and
CANAAN GARDNER, an individual,

    Defendants.

___

### ORDER DISCHARGING
### ORDER TO SHOW CAUSE (ECF NO. 14)
___

THIS MATTER comes before the Court on Defendants Canaan Gardner and Shawnee Iron Company, LLC's ("Defendants") Response to Order to Show Cause ("Response") (ECF No. 15). Defendants' Response provides sufficient support for their allegation that the amount in controversy exceeds the statutory required amount under 28 U.S.C. § 1332(a). It is therefore

**ORDERED** that the Court's Order to Show Cause (ECF No. 14) is **DISCHARGED.** Defendants have sufficiently shown the requirements of diversity jurisdiction have been met.

DATED this 2nd day of October, 2013.

                                          BY THE COURT:

                                          RAYMOND P. MOORE
                                          United States District Judge