IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02525-RM-KLM

SMOKE IT UP BARBEQUE, LLC, a Colorado limited liability company,

     Plaintiff,

v.

KINGFISHER KOOKERS, INC., an Oklahoma corporation,
SHAWNEE IRON COMPANY, LLC, an Oklahoma limited liability company,
CANAAN GARDNER, an individual,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the **Unopposed Motion to Extend Stay of Proceedings Pending Finalization of Settlement Agreement** [#26].[1]

     IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**.  Accordingly,

     IT IS FURTHER **ORDERED** that the parties' deadline to file dismissal papers is extended to **February 7, 2014**.

     IT IS FURTHER **ORDERED** that the case is **STAYED** until **February 7, 2014** for the reasons stated in the Court's October 28, 2013 Minute Order [#25].

     Dated:  December 20, 2013

---

[1]  "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.