IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-02525-RM-KLM

SMOKE IT UP BARBEQUE, LLC, a Colorado limited liability company,

    Plaintiff,

v.

KINGFISHER KOOKERS, INC., an Oklahoma corporation,
SHAWNEE IRON COMPANY, LLC, an Oklahoma limited liability company, and
CANAAN GARDNER, an individual,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

THIS MATTER comes before the court on the parties' Stipulation for Dismissal with Prejudice. (ECF No. 29.) Upon consideration of the Stipulation of the parties, and the parties' joint request, it is hereby ORDERED that the above civil action, including all claims and counterclaims, are DISMISSED with prejudice, with each party to bear its/his own attorney's fees, costs and expenses.

DATED this 10th day of February, 2014.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge